Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
AURORA M. KESTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AURORA M. KESTER, | Case No.: 1:21-cv-961-DMC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (30) days, from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be December 29, 2021.  This is Plaintiff's first request for an extension of time.  Plaintiff needs additional time to file his motion for summary judgment due to Plaintiff's counsel's conflicting deadlines in other matters.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: November 29, 2021                             Respectfully submitted,


                                                                       /s/ *Jared Walker*
                                                                     Jared T. Walker,
                                                                     Attorney for Plaintiff

1  SO STIPULATED:

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

Dated: November 29, 2021        By:    /s/ *Kristine Vitemb
                                        (*authorized by email on 11/29/2021)
                                        KRISTINE VITEMB
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


                                ORDER


APPROVED AND SO ORDERED:

Dated:  November 30, 2021

                                        _____
                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF