IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA M. KESTER, | No. 2:21-CV-0961-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is the parties' stipulation for a second extension of time for Plaintiff to file a dispositive motion. See ECF No. 16. Good cause appearing therefor, the parties' stipulation is approved. Plaintiff's dispositive motion is due by January 28, 2022.

IT IS SO ORDERED.

Dated: December 28, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1